**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>KSYCKI, MARELLA<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-24408 BWB<br><br>JUDGE BRUCE W. BLACK |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE BRUCE W. BLACK
      BANKRUPTCY JUDGE

NOW COMES THOMAS B. SULLIVAN, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   THOMAS B. SULLIVAN, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 12/28/07. The Trustee was appointed on 12/28/07. An order for relief under Chapter 7 was entered on 12/28/07.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of 10/23/08 is as follows:

   a.  RECEIPTS (See Exhibit C)                                  $         167,005.14

     b. DISBURSEMENTS (See Exhibit C)       $      152,131.71

     c. NET CASH available for distribution       $      14,873.43

     d. TRUSTEE/PROFESSIONAL COSTS
        1. Trustee compensation requested (See Exhibit E)       $      8,000.00
        2. Trustee Expenses (See Exhibit E)       $      0.00
        3. Compensation requested by attorney or other professionals for trustee (See Exhibit F)       $      7,732.48
        $

5. The Bar Date for filing unsecured claims expired on 06/25/08.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

     a. Allowed unpaid secured claims       $      0.00

     b. Chapter 7 Administrative and 28 U.S.C. §1930 claims       $      13,619.98

     c. Allowed Chapter 11 Administrative Claims       $      0.00

     d. Allowed priority claims       $      0.00

     e. Allowed unsecured claims       $      1,300.00

7. Trustee proposes that unsecured creditors receive a distribution of 96.42% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $5,6199.80. The total of Chapter 7 professional fees and expenses requested for final allowance is $13,619.98. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $2,171.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  10/23/08                              RESPECTFULLY SUBMITTED,


                                              By:/s/Thomas B. Sullivan
                                                  THOMAS B. SULLIVAN, TRUSTEE
                                                  1900 RAVINIA PLACE
                                                  ORLAND PARK, IL  60462
                                                  Telephone # (708) 226-2700

## TRUSTEE TASKS

The first meeting of creditors was originally scheduled for January 31, 2008.  The case was continued to March 20, 2008 and a first meeting was held with a finding that assets would be available for distribution to creditors.                                                      **1 HOUR**

The Trustee retained counsel and solicited a bid from the debtor to purchase the real estate to reduce the cost of administration and increase the payment to creditors.  The Trustee was not successful in selling to the debtor.                                                      **1 HOUR**

The decision was made to request court approval to employ a realtor and dispose of the real estate through a multiple listing sale.  After approximately three months, a contract for the sale of the real estate was offered to the Trustee.

Negotiations were held to finalize the sale price.  There were a number of issues that arose from the inspection report that needed to be resolved.

The Will County Recorder of Deeds' records were reviewed regarding any interest of the ex-spouse of the debtor in the real property.                                                      **12 HOURS**

**The terms of the sale were finalized and the contract for sale received court approval. The closing took place. However, a repair escrow was set up to handle some of the electrical problems that were not resolved.**     **4 HOURS**

**Claims were checked and a final report was prepared.**

**2 HOURS**

**An account was hired with approval from the court and final tax returns were filed.**     **1 HOUR**


**21 HOURS @ $475.00/HOUR = $9,975.00**

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

    TOTAL RECEIPTS                                    $ 167,005.14

    TOTAL SCHEDULED VALUE
    OF PROPERTY ABANDONED                   $ 0.00

    TOTAL SCHEDULED VALUE
    OF EXEMPT PROPERTY                          $ 18,825.00

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07B-24408 BWB  
**Case Name:** KSYCKI, MARELLA  
**Period Ending:** 10/23/08

**Trustee:** (330180)  THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 12/28/07 (f)  
**§341(a) Meeting Date:** 01/31/08  
**Claims Bar Date:** 06/25/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 540 EAST 4TH STREET, LOCKPORT, IL | 153,000.00 | 22,801.00 | | 167,000.00 | FA |
| 2 | BANK ACCOUNTS | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | FURNITURE | 500.00 | 0.00 | | 0.00 | FA |
| 4 | 2000 KIA SPORTAGE | 2,325.00 | 0.00 | | 0.00 | FA |
| 5 | HARLEY DAVIDSON | 10,865.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 5.14 | Unknown |
| 6 | **Assets** Totals (Excluding unknown values) | **$167,690.00** | **$22,801.00** | | **$167,005.14** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2008    **Current Projected Date Of Final Report (TFR):** March 30, 2009

Printed: 10/23/2008 02:24 PM    V.10.54

**Form 2**

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 07B-24408 BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | KSYCKI, MARELLA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****44-65 - Money Market Account |
| Taxpayer ID #: | 35-6787951 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/23/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/24/08 | | CHICAGO TITLE INSURANCE CO | SALE OF REAL ESTATE | | | 29,247.29 | | 29,247.29 |
| | {1} | | SALE OF REAL ESTATE | 166,000.00 | 1110-000 | | | 29,247.29 |
| | | ASTORIA FEDERAL SAVINGS & LOAN ASSOC | FIRST MORTGAGE PAYOFF | -118,909.94 | 4110-000 | | | 29,247.29 |
| | | WILL COUNTY | COUNTY TAXES 2008 | -2,180.76 | 2820-000 | | | 29,247.29 |
| | | CENTURY 21 | REALTOR COMMISSIONS | -9,960.00 | 3510-000 | | | 29,247.29 |
| | | CHICAGO TITLE | TITLE INSURANCE | -985.00 | 2500-000 | | | 29,247.29 |
| | | CHICAGO TITLE | OVERNIGHT DELIVERY FEE | -25.00 | 2500-000 | | | 29,247.29 |
| | | | RECORDING FEE/RELEASE | -34.75 | 2500-000 | | | 29,247.29 |
| | | | CITY STAMPS | -83.00 | 2820-000 | | | 29,247.29 |
| | | | STATE STAMPS | -166.00 | 2820-000 | | | 29,247.29 |
| | | MID-AMERICA SURVEY | SURVEY | -325.00 | 2500-000 | | | 29,247.29 |
| | | WILL COUNTY | REAL ESTATE TAXES 2007 | -1,858.26 | 2820-000 | | | 29,247.29 |
| | | FOUNDERS BANK | TRUST FEES | -225.00 | 2500-000 | | | 29,247.29 |
| | | DAVID P. LLOYD | reimbursement of personal property | -1,000.00 | 2500-000 | | | 29,247.29 |
| | | GROCHOCINSKI, GROCHOCINSKI & LLOYD | ESCROW TOWARD ELECTICAL REPAIR | -1,000.00 | 2500-000 | | | 29,247.29 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 0.47 | | 29,247.76 |
| 08/11/08 | 1001 | MARELLA KSYCKI | HOMESTEAD EXEMPTION TO DEBTOR | | 8100-002 | | 15,000.00 | 14,247.76 |

Subtotals :     $29,247.76     $15,000.00

{} Asset reference(s)                                           Printed: 10/23/2008 02:24 PM     V.10.54

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| Case Number: | 07B-24408 BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | KSYCKI, MARELLA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****44-65 - Money Market Account |
| Taxpayer ID #: | 35-6787951 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/23/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.80 | | 14,250.56 |
| 09/23/08 | 1002 | KIM WIRTZ-PRINCE | REIMBURSEMENT FOR HOME WARRANTY EXPENSE | 2500-000 | | 379.00 | 13,871.56 |
| 09/25/08 | {1} | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD | ESCROW FUNDS HELD FOR ELECTRICAL REPAIRS | 1110-000 | 1,000.00 | | 14,871.56 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.87 | | 14,873.43 |
| | | | **ACCOUNT TOTALS** | | 30,252.43 | 15,379.00 | **$14,873.43** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 30,252.43 | 15,379.00 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,252.43** | **$379.00** | |

{} Asset reference(s)                  Printed: 10/23/2008 02:24 PM     V.10.54

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 07B-24408 BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | KSYCKI, MARELLA | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****44-66 - Checking Account |
| Taxpayer ID #: | 35-6787951 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/23/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

```
            Net Receipts :        30,252.43
   Plus Gross Adjustments :      136,752.71
   Less Payments to Debtor :      15,000.00
                                 _____
              Net Estate :     $152,005.14
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****44-65 | 30,252.43 | 379.00 | 14,873.43 |
| Checking # ***-*****44-66 | 0.00 | 0.00 | 0.00 |
| | $30,252.43 | $379.00 | $14,873.43 |

{} Asset reference(s)   Printed: 10/23/2008 02:24 PM   V.10.54

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>KSYCKI, MARELLA<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-24408 BWB<br><br>JUDGE BRUCE W. BLACK |

**PROPOSED DISTRIBUTION REPORT**

I, <u>THOMAS B. SULLIVAN, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 13,619.98 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 1,253.45 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 14,873.43 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 13,619.98 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|
| ADMIN1 | THOMAS B. SULLIVAN, TRUSTEE | 8,000.00 | 8,000.00 |
| ADMIN2 | Grochocinski, Grochocinski & Lloyd, Ltd. | 4,000.00 | 4,000.00 |
| ADMIN3 | Grochocinski, Grochocinski & Lloyd, Ltd. | 79.58 | 79.58 |
| ADMIN4 | Alan D. Lasko | 1,524.80 | 1,524.80 |
| ADMIN5 | Alan D. Lasko | 15.60 | 15.60 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---:|---:|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | | TOTAL | $ 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $    0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $    0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $    0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $    0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $    0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b)(6) - Tax Liens: | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 1,300.00 | 96.42% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001 | US DEPT OF EDUCATION | 1,300.00 | 1,253.45 |
| | | TOTAL $ | 1,253.45 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL   $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL   $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(5) - Interest | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL   $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL   $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED /WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true

and correct.


DATED: _____        _____
                                      THOMAS B. SULLIVAN, TRUSTEE

# PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Fees | 0.00 | 4,000.00 | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Expenses | 0.00 | 79.58 | |
|  | | | 4,079.58 |
| **Accountant for Trustee** | | | |
| Alan D. Lasko Fees | 0.00 | 1,524.80 | |
| Alan D. Lasko Expenses | 0.00 | 15.60 | |
|  | | | 1,540.40 |
| **Attorney for Debtor** | | | |
|  | | | 0.00 |
| **Other Professionals** | | | |
|  | | | 0.00 |
| TOTALS | $ 0.00 | $ 5,619.98 | $ 5,619.98 |

1