**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>KSYCKI, MARELLA<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-24408 BWB<br><br>JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: Will County Court Annex
    57 N. Ottawa St., Courtroom 201
    Joliet, Illinois 60432

    on: **December 19, 2008**
    at: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $      167,005.14

    b. Disbursements                         $      152,131.71

    c. Net Cash Available for Distribution   $       14,873.43

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE (Trustee Fees) | 0.00 | $8,000.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Fees) | 0.00 | $4,000.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Expenses) | 0.00 | $79.58 |
| Alan D. Lasko (Trustee's Accountant Fees) | 0.00 | $1,524.80 |
| Alan D. Lasko (Trustee's Accountant Expenses) | 0.00 | $15.60 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $1,300.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 96.42%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | US DEPT OF EDUCATION | $ 1,300.00 | $ 1,253.45 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or

may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor

Dated: **November 21, 2008**          For the Court,

 

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:    THOMAS B. SULLIVAN, TRUSTEE
Address:    1900 RAVINIA PLACE
           ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Nov 21, 2008
Case: 07-24408                 Form ID: pdf002              Total Served: 52


The following entities were served by first class mail on Nov 23, 2008.
db          +Marella A. Ksycki,    540 East 4th Street,    Lockport, IL 60441-3202
aty         +Brian D Johnson,    Grochocinski, Grochocinski and Lloyd Ltd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David E Grochocinski,    Grochocinski, Grochccinski,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David H Cutler,    Cutler & Associates, Ltd.,    8430 Gross Point Rd, Ste 201,
              Skokie, IL 60077-2000
aty         +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
tr          +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
11840406    +Allied Anesthesia Ass,    185 Penny Ave.,    Dundee, IL 60118-1454
11840407    +Alsip Fire Dept.,    PO Box 438495,    Chicago, IL 60643-8495
11840408    +Askounis & Borst,    Daniel L. Collins Att at Law,    180 North Stetson, Ste. 3400,
              Chicago, IL 60601-6740
11840409    +Associated Radiologists of Joliet,    39069 Treasure Ctr.,    Chicago, IL 60694-9000
11840410    +Astoria Federal Savings,    1 Corporate Dr Ste. 360,    Lake Zurich, IL 60047-8945
11840411    +Bank One/Chase,    Attn: Bankruptcy,    Po Box 509011,    San Diego, CA 92150-9011
11840412    +Chase,    Attn: Credit Bureau Updates,    Po Box 15919,    Wilmington, DE 19850-5919
11840414    +Cinemacar,    45 Old Hook Rd,    Westwood, NJ 07675-2406
11840416    +Citgo,    PO BOX 923928,    Norcross, GA 30010-3928
11840417    +Creditors Collection B,    755 Almar Pkwy,    Bourbonnais, IL 60914-2392
11840420    +Fleet One,    5042 Linbar Dr.,    Nashville, TN 37211-8200
11840421    +Fraterno Lemus, MD,    14532 John Humphrey Dr.,    Orland Park, IL 60462-2640
11840422    +Harley Davidson Financial,    3850 Arrowhead Dri,    Carson City, NV 89706-2016
11840423    +Harris & Harris,    600 W. Jackson Blvd,    Chicago, IL 60661-5636
11840424    +Harris & Harris, Ltd.,    600 W. Jackson Blvd, Suite 700,    Chicago, IL 60661-5629
11840427    +Heartland Cardiovascular Center LLC,    210 N. Hammes, ste 205,    Joliet, IL 60435-8139
11840428     IC System,    444 HWY 96 East,    PO Box 64437,    Saint Paul, MN 55164-0437
11840429    +Illinois Collection Service,    3101 W. 95th Street, 2nd Flr,    Evergreen Park, IL 60805-2407
11840430    +Illinois Collection Service Inc.,    PO BOX 646,    Oak Lawn, IL 60454-0646
11840431    +J&L Properties,    Larry & Dee Ludeman,    PO Box 130,    Lemont, IL 60439-0130
11840432    +KCA Financial Services, Inc,    628 North Street,    Geneva, IL 60134-1356
11840433    +Kca Financial Svcs,    628 North St,    Geneva, IL 60134-1356
11840434    +Loyala University Medical,    2160 S First Ave,    Maywood, IL 60153-3328
11840437     Midwest Physical Group,    PO Box 95401,    Chicago, IL 60694-5401
11840438    +Nationwide Credit & Co,    9919 W Roosevelt Rd,    Westchester, IL 60154-2774
11840442    +Nationwide Credit & Collection,    9919 W Roosevelt Rd.,    Westchester, IL 60154-2774
11840443    +Orland Fire Protection,    PO Box 457,    Wheeling, IL 60090-0457
11840444    +Palos Community Hospital,    12251 S. 80th Ave,    Palos Heights, IL 60463-0930
11840450    +Palos Emergency Medical Services Lt,    9944 S. Roberts Rd ste 204,    Palos Hills, IL 60465-1558
11840451    +Palos Pathology Associates, Ltd.,    520 E. 22nd St,    Lombard, IL 60148-6110
11840452    +Quest Diagnostic,    PO BOX 64804,    Baltimore, MD 21264-4804
11840454     RH Donnely,    PO Box 807008,    Kansas City, MO 64180-7008
11840453    +Radiology & Nuclear Consultants,    7808 College Drive 1 SE,    Palos Heights, IL 60463-1027
11840455    +Silver Cross Hospital,    1200 Maple Rd,    Joliet, IL 60432-1497
11840456    +Southwest Neurological Consultants,,    7350 College Drive Ste 103,    Palos Heights, IL 60463-1365
11840457     Southwest Rehabilitation, SC,    PO Box 388320,    Chicago, IL 60638-8320
11840458    +Southwest Surgical Associates,    10660 West 143rd St Ste. B,    Orland Park, IL 60462-1989
11840459    +Sovereign Bank,    PO Box 14833,    Reading, PA 19612-4833
11840460    +Speedway SuperAmerica,    500 Speedway Drive,    Enon, OH 45323-1056
11840461    +St James Hosptial,    1423 Chicago Rd.,    Chicago Heights, IL 60411-3400
11840465    +US Cellular,    8410 W Bryn Mawr Ste 700,    Chicago, IL 60631-3486
11840466    +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
11840467    +Waste Management,    ATT: Billing Dept.,    1411 Opus Place Ste 400,    Downers Grove, IL 60515-1481
11840468    +Wells Fargo Bank,    1250 Montego Way,    Walnut Creek, CA 94598-2875

The following entities were served by electronic transmission on Nov 22, 2008.
11840419        E-mail/Text: admin@fcs2collect.com                            Financial Control Solutions,
                 PO Box 668,    Germantown, WI 53022-0668
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11840418      David W Rank,    DECEASED 7/8/2007
11840413*    +Chase,    Attn: Credit Bureau Updates,    Po Box 15919,    Wilmington, DE 19850-5919
11840415*    +Cinemacar,    45 Old Hook Rd,    Westwood, NJ 07675-2406
11840425*    +Harris & Harris, Ltd.,    600 W. Jackson Blvd, Suite 700,    Chicago, IL 60661-5629
11840426*    +Harris & Harris, Ltd.,    600 W. Jackson Blvd, Suite 700,    Chicago, IL 60661-5629
11840435*    +Loyala University Medical,    2160 S First Ave,    Maywood, IL 60153-3328
11840436*    +Loyala University Medical,    2160 S First Ave,    Maywood, IL 60153-3328
11840439*    +Nationwide Credit & Co,    9919 W Roosevelt Rd,    Westchester, IL 60154-2774
11840440*    +Nationwide Credit & Co,    9919 W Roosevelt Rd,    Westchester, IL 60154-2774
11840441*    +Nationwide Credit & Co,    9919 W Roosevelt Rd,    Westchester, IL 60154-2774
11840445*    +Palos Community Hospital,    12251 S. 80th Ave,    Palos Heights, IL 60463-0930
11840446*    +Palos Community Hospital,    12251 S. 80th Ave,    Palos Heights, IL 60463-0930
11840447*    +Palos Community Hospital,    12251 S. 80th Ave,    Palos Heights, IL 60463-0930
11840448*    +Palos Community Hospital,    12251 S. 80th Ave,    Palos Heights, IL 60463-0930
11840449*    +Palos Community Hospital,    12251 S. 80th Ave,    Palos Heights, IL 60463-0930
11840462*    +St James Hosptial,    1423 Chicago Rd.,    Chicago Heights, IL 60411-3400
11840463*    +St James Hosptial,    1423 Chicago Rd.,    Chicago Heights, IL 60411-3400
11840464*    +St James Hosptial,    1423 Chicago Rd.,    Chicago Heights, IL 60411-3400
                                                                                           TOTALS: 1, * 17
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2             Date Rcvd: Nov 21, 2008
Case: 07-24408                 Form ID: pdf002          Total Served: 52
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2008**                    **Signature:** _/s/ Joseph Speetjens_